**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARILYN FIGUEROA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**W.M. BARR & COMPANY, INC.,**<br><br>**Defendant.** | **Civil Action No. 18-cv-11187-JGK-KHP**<br><br>**NOTICE OF MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND FEDERAL RULE OF CIVIL PROCEDURE 37** |

**PLEASE TAKE NOTICE** that Defendant, W.M. Barr & Company, Inc., by and through its attorneys, Littleton Park Joyce Ughetta & Kelly LLP, respectfully moves this Court for an Order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 37 and 41 for failure to comply with the Court's Orders and participate in discovery; alternatively, precluding Plaintiff from presenting any expert witnesses or eliciting any expert opinions at the time of trial; and granting a monetary sanction of fees and costs for bringing this Motion as well as fees and costs with Plaintiff's failure to comply with discovery deadlines and Court Orders as well as any other relief this Court deems just and proper.

Accompanying this motion are the Declaration of Michael H. Bai, Esq. and Memorandum of Law.

Dated: November 22, 2019
New York, NY

Respectfully submitted,

______________________________

Michael H. Bai, Esq.
LITTLETON PARK JOYCE UGHETTA & KELLY LLP
39 Broadway, 29th Floor
New York, New York 10006
Tel: (212) 404-5777
Fax: (212) 232-0088
michael.bai@littletonpark.com

Jon J. Hernan, Esq.
BOWMAN AND BROOKE, LLP
1064 Greenwood Boulevard, Suite 212
Lake Mary, Florida 32746
Tel: (407) 585-7600
Fax: (407) 585-7610
jon.hernan@bowmanandbrooke.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant,*
*W.M. Barr & Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, a true and correct copy of the Notice of Motion, Declaration of Michael H. Bai and the Memorandum of Law in support of the Motion for Sanctions was filed and uploaded to the CM/ECF system providing notice to:

Alan S. Ripka, Esq.
N. Gershon Abramoff, Esq.
Alan Ripka & Associates, LLP
Attorneys for Plaintiff
900 Third Avenue, Suite 502
New York, NY 10022

______________________________
Michael H. Bai, Esq. (MB2074)