UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARILYN FIGUEROA,

                      Plaintiff,

         -against-

W.M. BARR & COMPANY, INC.,

                      Defendant.

-----------------------------------------------------------------X

**ORDER**

**18-CV-11187 (JGK) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Today the parties were scheduled to attend a pre-motion conference, but Plaintiff did not appear. Defendant's Summary Judgment Motion is due by **December 20, 2019**. Plaintiff's opposition brief is due by no later than **January 20, 2020**. Defendant's reply brief will be due by no later than **February 3, 2020**. A status conference is hereby scheduled for **December 9, 2019 at 11:00 a.m.** The deadline for Defendant to submit expert reports is hereby extended to a date that will be determined at the upcoming status conference.

      **Plaintiff is warned that failing to participate in discovery and disregarding this Court's orders may result in sanctions or the dismissal of this case for failure to prosecute.**

      SO ORDERED.

Dated: November 25, 2019
        New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge