UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARILYN FIGUEROA,

                        Plaintiff,

            -against-

W,M, BARR & COMPANY, INC.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER CANCELLING STATUS CONFERENCE**

**18-CV-11187 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Status Conference scheduled for **Monday, December 9, 2019 at 11:00 a.m.** in courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York (doc. no 36) the Status Conference scheduled for December 10, 2019 is hereby cancelled.

.

      SO ORDERED.

Dated: December 2, 2019
       New York, New York

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2019