UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARILYN FIGUEROA,

                                Plaintiff,

              -against-

W,M, BARR & COMPANY, INC.,

                                Defendant.

------------------------------------------------------------------X

**ORDER CANCELLING STATUS CONFERENCE**

**18-CV-11187 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during today's status conference, Plaintiff will have until **December 20, 2019** to oppose Defendant's motion for sanctions. Defendant's reply will be due by **January 3, 2020**.

The briefing schedule for Defendant's summary judgment motion will be extended by three weeks as follows: Defendant's moving brief will be due by **January 10, 2020**; Plaintiff's opposition brief is due by **February 10, 2020**; and Defendant's reply brief is due by **February 24, 2020**. The oral argument currently scheduled for February 5, 2020 is adjourned to **March 10, 2020 at 10:00 a.m.**

As discussed during today's conference, Plaintiff may file a letter requesting an extension of time to complete expert discovery *nunc pro tunc*. To the extent Plaintiff wishes to file such a letter, she will have until **December 20, 2019**. Such letter shall set forth why there is good cause to permit the extension. *See Rubik's Brand Limited v. Flambeau, Inc.,* 329 F.R.D. 55 (S.D.N.Y. 2019); *City of Almaty, Kazakhstan v. Ablyazov*, No. 15-cv-05345 (AJN)(KHP), 2018 WL 2148430 (S.D.N.Y. May 10, 2018).

Plaintiff's counsel is reminded that he must appear at court-ordered conferences and comply with this Court's orders.  It is also Plaintiff's counsel's responsibility to check ECF and to be aware of and comply with this Court's orders.  In light of Plaintiff's counsel's representation that he is having technical difficulties that prevent from receiving ECF notifications, the Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff's counsel: Nicolas Gershon Abramoff, Alan Ripka & Associates, LLP, 900 3rd Avenue, New York, NY 10022.

SO ORDERED.

Dated: December 9, 2019
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge