USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARILYN FIGUEROA,

               Plaintiff,

    -against-

W.M. BARR & COMPANY, INC.,

               Defendant.

------------------------------------------------------------------X

**ORDER**

**18-CV-11187 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On December 9, 2019, the Court held a status conference and set a briefing schedule for Defendant's motion for summary judgment. The Court issued an order memorializing the briefing schedule that same day. (Doc. No. 40.) Defendant's moving brief was due on January 10, 2020 and was timely filed. Plaintiff's opposition brief was due by February 10, 2020. To date, Plaintiff has not filed an opposition brief or sought an extension of time to file a response to Defendant's motion. Accordingly, the oral argument scheduled for **March 10, 2020 at 10:00 a.m.** is cancelled.

SO ORDERED.

Dated: March 9, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge