UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILYN FIGUEROA,

        Plaintiffs,

- against -

W.M. BARR & COMPANY, INC.,

        Defendant.

18cv11187 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant has filed a motion for summary judgment. The time for the plaintiff to respond to the motion for summary judgment has passed. The plaintiff should respond to the motion for summary judgment by **March 31, 2020**. If the plaintiff responds, the defendant may reply by **April 14, 2020**. The plaintiff fails to respond, the motion will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
           March 10, 2020

                              John G. Koeltl
                      United States District Judge

Copy mailed to pro se party(ies) at docket address