UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILYN FIGUEROA,

          Plaintiff,

- against -

W.M. BARR & COMPANY, INC.,

          Defendant.

18cv11187 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The defendant has filed a motion for summary judgment. The time for the plaintiff to respond to the motion for summary judgment has passed. The plaintiff should respond to the motion for summary judgment by **March 31, 2020**. If the plaintiff responds, the defendant may reply by **April 14, 2020**. If the plaintiff fails to respond, the motion will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
            March 11, 2020

                                          John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3.11.20