```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
MARILYN FIGUEROA,

                Plaintiff,            18cv11187 (JGK)

      - against -                     ORDER

W.M. BARR & COMPANY, INC.,

                Defendant.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

By order entered on March 11, 2020, the Court extended the time for the plaintiff to respond to the defendant's motion for summary judgment until March 31, 2020. The Court indicated that if the plaintiff failed to respond, the Court would decide the motion on the current papers. The plaintiff has failed to respond and therefore the Court will decide the motion on the current papers.

**SO ORDERED.**

Dated:   New York, New York
         June 4, 2020              ___/s/ John G. Koeltl___
                                         John G. Koeltl
                                   United States District Judge