```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**MARILYN FIGUEROA,**

                Plaintiff,          18cv11187 (JGK)

    - against -             ORDER

**W.M. BARR & COMPANY, INC.,**

                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant has filed a motion for summary judgment. If the plaintiff would like to respond to the motion for summary judgment, the plaintiff should respond by July 28, 2020. If the plaintiff responds, the defendant may reply by August 7, 2020. If the plaintiff fails to respond, the Court will decide the motion on the current papers.

**SO ORDERED.**

**Dated:**    New York, New York
            July 14, 2020            /s/ John G. Koeltl
                                                       John G. Koeltl
                                          United States District Judge