**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARILYN FIGUEROA,

                Plaintiff,                        18 **CIVIL** 11187 (JGK)

      -against-                             **JUDGMENT**

W.M. BARR & COMPANY, INC.,
                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2020, the Court has considered all of the arguments raised; to the extent not specifically addressed, the arguments are either moot or without merit; for the reasons explained in the Memorandum Opinion and Order, the defendant's motion for summary judgment is granted and the action is dismissed with prejudice.

**Dated:**  New York, New York
            September 29, 2020

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                  **Clerk of Court**
                                                    **BY:**
                                                                 _____
                                                                  **Deputy Clerk**